UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SURESH MUNSHANI,

                    Petitioner,      :         26-CV-2399 (JSR) (RWL)

      - against -             :

                                :          **ORDER**

UNITED STATES OF AMERICA,    :

                    Respondent.   :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Petitioner has filed a Section 2255 motion in his criminal action, 22-CR-215-2, seeking the same relief as in this civil proceeding.  The parties shall file all papers pertaining to the motion in the criminal proceeding only.  The parties shall not file any further materials on this civil docket, 26-CV-2399.

                  SO ORDERED.

                  _____

                  ROBERT W. LEHRBURGER
                  UNITED STATES MAGISTRATE JUDGE

Dated:  April 21, 2026
       New York, New York

Copies transmitted this date to all parties of record.