UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SURESH MUNSHANI,                              :
                                             :
                    Petitioner,              :        26-CV-2399 (JSR) (RWL)
                                             :
        - against -                          :
                                             :        **ORDER**
UNITED STATES OF AMERICA,                     :
                                             :
                    Respondent.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 23, 2026, Petitioner filed a Section 2255 motion in his criminal proceeding, 22-CR-215-2. On the same day, Petitioner commenced the instant civil action seeking the same relief sought in the criminal proceeding. The Court has directed that all filings for Petitioner's 2255 motion be filed in the criminal matter and not in the instant civil action. Accordingly, the Court sua sponte adjourns sine die the Government's time to answer in the instant civil proceeding. If the Government believes any other action should be taken, it shall file a letter with the Court by May 5, 2026.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 21, 2026
        New York, New York

Copies transmitted this date to all parties of record.

1